# IN THE SUPREME COURT OF THE STATE OF NEVADA

GIOVANNI KOHLER KURTZE,
        Appellant,
    vs.
THE STATE OF NEVADA,
        Respondent.

No. 81130

**FILED**

MAY 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notices of appeal fail to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent appellant appeals from the district court order denying his pro se motions as not cognizable, no statute or court rule provides for such an appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Michelle Leavitt, District Judge
Giovanni Kohler Kurtze
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk